IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:10-CR-298-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CARLOS DIAZ, ) | |
| ) | |
| Defendant. ) | |

On January 8, 2016, Carlos Diaz filed a pro se motion for cancellation of his removal from the United States [D.E. 157]. Diaz has failed to exhaust his administrative remedies with the Attorney General. Thus, the court DISMISSES without prejudice Diaz's motion for cancellation of his removal from the United States [D.E. 157].

SO ORDERED. This 23 day of June 2016.

JAMES C. DEVER III
Chief United States District Judge